# LOGAN v. FARMERS' DEPOSIT NATIONAL BANK OF PITTSBURGH.

## APPEAL FROM THE CIRCUIT COURT OF APPEALS FOR THE FOURTH CIRCUIT.

No. 745.   Motion to dismiss or affirm.—Submitted April 19, 1909.—Decided April 26, 1909.

An appeal from the Circuit Court of Appeals in a bankruptcy matter dismissed without opinion on authority of *Coder* v. *Arts*, 213 U. S. 223.

THIS case came up on motion to dismiss or affirm a final decree or judgment of the Circuit Court of Appeals for the Fourth Circuit modifying a decree of the District Court of the United States for the Northern District of West Virginia in the bankruptcy proceedings of the Morgantown Tin Plate Company and rejecting all of a claim of $100,000, except $22,500.

Mr. *B. M. Ambler* and Mr. *A. Leo Weil* for the appellees in support of the motion.

· *Mr. Hector M. Hitchings* for the appellants in opposition thereto.

*Per Curiam:* Appeal dismissed for want of jurisdiction on authority of *Coder, Trustee,* v. *Arts,* 213 U. S. 223.